# EXHIBIT A

**CT Corporation**

**Service of Process Transmittal**
07/29/2019
CT Log Number 535946087

**TO:** TINA PARKS
FIRSTGROUP AMERICA, INC.
2221 E LAMAR BLVD STE 500
ARLINGTON, TX 76006-7419

**RE:** **Process Served in Illinois**

**FOR:** Greyhound Lines, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DENISE THOMAS, Pltf. vs. GREYHOUND LINES, INC., etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons(s), Complaint |
| **COURT/AGENCY:** | Cook County - Circuit Court, IL<br>Case # 2019L007961 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 08/17/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/29/2019 at 12:06 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this Summons, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Robert A. Langendorf PC<br>134 N. LaSalle Street<br>Suite 1515<br>Chicago, IL 60602<br>312-782-5933 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/30/2019, Expected Purge Date: 08/04/2019<br><br>Image SOP<br><br>Email Notification, Andrew Pugh Andreww.Pugh@firstgroup.com<br><br>Email Notification, TINA PARKS tina_parks@gbtpa.com<br><br>Email Notification, LYNETTE OBREGON lynette_obregon@gbtpa.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of 1 / SB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

325

FILED
7/19/2019 11:40 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2019L007961

FILED DATE: 7/19/2019 11:40 AM 2019L007961

| 2120 - Served | 2121 - Served |
| --- | --- |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons

(08/01/18) CCG 0001 A

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Denise Thomas

(Name all parties)

v.

Greyhound Lines, Inc. and Daniel K. Malone

Case No. _____

☒ **SUMMONS**   ☐ **ALIAS SUMMONS**

To each Defendant: SEE RIDER

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

326

Summons - Alias Summons    (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-previders.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

FILED DATE: 7/19/2019 11:40 AM  2019L007961

7/19/2019 11:40 AM DOROTHY BROWN

Atty. No.: 26017

Atty Name: Robert A. Langendorf PC

Atty. for: Denise Thomas

Address: 134 N. LaSalle Street, Suite 1515

City: Chicago

State: IL   Zip: 60602

Telephone: (312) 782-5933

Primary Email: robert@langendorfpc.com

Witness: _____

_____
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 7/19/2019 11:40 AM 2019L007961

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

☒ Richard J Daley Center
50 W Washington
Chicago, IL 60602

☐ District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

☐ Domestic Violence Court
555 W Harrison
Chicago, IL 60607

☐ Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

☐ Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

☐ Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

☐ Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

☐ Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

☐ Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

☐ Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

☐ County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

☐ Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

☒ Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

☐ Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 3 of 3

328



DOC.TYPE: LAW
CASE NUMBER: 2019L007961
**DEFENDANT**
GREYHOUND LINES INC
208 S LASALLE ST
SUITE 814
CHICAGO, IL 60602

DIE DATE
8/12/2019

SERVICE INF R/A:
C T
CORPORATION

329

FILED
7/19/2019 11:40 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2019L007961

FILED DATE: 7/19/2019 11:40 AM 2019L007961

2120 - Served      2121 - Served
2220 - Not Served      2221 - Not Served
2320 - Served By Mail      2321 - Served By Mail
2420 - Served By Publication      2421 - Served By Publication
Summons - Alias Summons      (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Denise Thomas

(Name all parties)

v.

Greyhound Lines, Inc. and Daniel K. Malone

Case No. _____

☒ **SUMMONS** ☐ **ALIAS SUMMONS**

To each Defendant: SEE RIDER

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org

330

Summons - Alias Summons (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

FILED DATE: 7/19/2019 11:40 AM 2019L007961

7/19/2019 11:40 AM DOROTHY BROWN

Atty. No.: 26017

Atty Name: Robert A. Langendorf PC

Atty. for: Denise Thomas

Address: 134 N. LaSalle Street, Suite 1515

City: Chicago

State: IL   Zip: 60602

Telephone: (312) 782-5933

Primary Email: robert@langendorfpc.com

Witness: _____

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

331

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

FILED DATE: 7/19/2019 11:40 AM 2019L007961

- ☒ Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- ☐ District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- ☐ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ☐ District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- ☐ District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- ☐ District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- ☐ Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- ☐ Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- ☐ Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- ☐ Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☒ Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ☐ Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 3 of 3

332

**DIE DATE**
8/12/2019

```
*50000988*
```

DOC.TYPE: LAW
CASE NUMBER: 2019L007961
**DEFENDANT**
GREYHOUND LINES INC
208 S LASALLE ST
SUITE 814
CHICAGO , IL 60602

SERVICE INF R/A:
C T
CORPORATION

333

DENISE THOMAS v. GREYHOUND LINES INC et.al

PLEASE SERVE THE FOLLOWING

GREYHOUND LINES, INC a/k/a TRANSPORTATION LEASING CO "GREYHOUND" AND DANIEL K. MALONE
R/A CT CORPORATION SYSTEM
208 S. LASALLE ST SUITE 814
CHICAGO, IL 60604

DANIEL K. MALONE
714 HICKORY HIGHLANDS DR
ANTIOCH, TN 37013

334

FILED
7/19/2019 11:40 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2019L007961

FILED DATE: 7/19/2019 11:40 AM  2019L007961

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DENISE THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: |
| v. ) | |
| ) | |
| GREYHOUND LINES, INC., a/k/a ) | |
| TRANSPORTATION LEASING CO, ) | |
| "GREYHOUND" and ) | |
| DANIEL K. MALONE, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, DENISE THOMAS, by and through her attorneys, ROBERT A. LANGENDORF, P.C., and complains of the Defendant, GREYHOUND LINES, INC., a/k/a TRANSPORTATION LEASING CO, "GREYHOUND", and DANIEL K. MALONE, and states as follows:

## GENERAL ALLEGATIONS

1. On or about August 17, 2017, Defendant, GREYHOUND LINES, INC., a/k/a TRANSPORTATION LEASING CO, "GREYHOUND", owned and operated, individually and/or by and through its agents and/or employees, various modes of transportation within Cook County, Illinois, including buses and vans.

2. Defendant, GREYHOUND LINES, INC., a/k/a TRANSPORTATION LEASING CO, "GREYHOUND", as a common carrier, owes its passengers the duty to use the highest degree of care consistent with the type of vehicle used in the practical operation of its business.

3. That Plaintiff is a resident of Chicago, Illinois.

335

4. That Plaintiff boarded a Greyhound bus owned by Defendant, GREYHOUND LINES, INC., a/k/a TRANSPORTATION LEASING CO, "GREYHOUND" at issue in Chicago, Illinois

5. That Plaintiff paid for the ticket in Chicago, Illinois

6. That most if not all of Plaintiff's needed treatment was performed in the State of Illinois.

7. That most if not all of the medical professionals who treated Plaintiff live in the State of Illinois.

8. On or about August 17, 2017, Defendant, DANIEL K. MALONE, was the driver of a Greyhound bus traveling south bound on I-65 near miler-marker 156, in the City of Frankfort, County of Clinton, and State of Indiana.

9. On or about August 17, 2017, Plaintiff, DENISE THOMAS, was a passenger of the aforementioned Greyhound bus traveling south bound on I-65 near miler-marker 156, in the City of Frankfort, County of Clinton, and State of Indiana.

10. On or about August 17, 2017, Defendant GREYHOUND LINES, INC., a/k/a TRANSPORTATION LEASING CO, "GREYHOUND", owned and operated, individually and/or by and through its agents and/or employees, the Greyhound bus driven by Defendant, DANIEL K. MALONE.

11. At all times material to this matter, Defendant, DANIEL K. MALONE, was acting within the scope of his employment.

12. At the aforesaid time and place, Defendant, DANIEL K. MALONE, acting as an agent and/or servant of Defendant, GREYHOUND LINES, INC., a/k/a TRANSPORTATION LEASING CO, "GREYHOUND", rear-ended another motor vehicle, then and there causing serious bodily injury to the Plaintiff, DENISE THOMAS.

FILED DATE: 7/19/2019 11:40 AM 2019L007961

13. At the aforesaid time and place, Defendant, DANIEL K. MALONE, negligently failed to reduce his speed.

14. At the aforesaid time and place, Defendant, DANIEL K. MALONE, negligently failed to avoid the collision.

15. In same or similar words, Defendant, DANIEL K. MALONE, told investigating police officer he was traveling southbound on I-65 near mile marker 156 when the traffic in front of him began to slow down. He began to apply his brakes and could not stop before colliding with the trailer on the vehicle in front. Defendant, DANIEL K. MALONE, claims his breaks did not operate properly.

16. Upon information and belief Defendant, DANIEL K. MALONE, received Citation 9-21-8-14 for following another vehicle too closely.

17. Upon information and belief Defendant, DANIEL K. MALONE, pled guilty to Citation 9-21-8-14 for following another vehicle too closely.

18. At all times material to this matter, Plaintiff, DENISE THOMAS, was exercising due care and caution and was free from any and all contributory fault.

## COUNT I – DENISE THOMAS v. GREYHOUND LINES, INC., a/k/a TRANSPORTATION LEASING CO, "GREYHOUND"

19. Plaintiff, DENISE THOMAS adopts and re-alleges paragraphs 1-18 as fully set forth herein.

20. At all times material to this matter, Defendant, GREYHOUND LINES, INC., a/k/a TRANSPORTATION LEASING CO, "GREYHOUND", was under a duty to operate its bus in a safe and reasonable manner consistent with traffic laws for the State of Indiana.

337

21. At the time and place aforesaid, Defendant, GREYHOUND LINES, INC., a/k/a TRANSPORTATION LEASING CO, "GREYHOUND", by and through its agents and employees breached its duty in one or more of the following ways:

    a. Carelessly and negligently operated, managed, maintained, and controlled said motor vehicle by failing to yield the right of way;

    b. Careless and negligently operated the motor vehicle at a rate of speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which was greater than the applicable speed limit established in violation of the revised Statutes of the State of Illinois

    c. Carelessly and negligently failed to equip the motor vehicle with proper brakes, although such a device was necessary to insure the safe operation of the vehicle;

    d. Carelessly and negligently failed to give proper warning of the approach of said vehicle, although such warnings were necessary to ensure the safe operation of the vehicle;

    e. Carelessly and negligently failed to keep a proper lookout and to stop or alter the course of the motor vehicle to avoid striking the Plaintiff;

    f. Carelessly and negligently failed to reduce speed;

    g. Carelessly and negligently failed to apply the brakes in a sufficient amount of time.

    h. Carelessly and negligently failed to avoid a collision;

    i. Carelessly and negligently followed another vehicle too closely;

    j. Was otherwise careless and negligent.

22. As a direct and proximate result of one or more the Defendant's negligent acts or omissions, the Plaintiff, DENISE THOMAS, then and there sustained severe and permanent injuries, was and will be hindered and prevented from attending to his usual duties and affairs of life, has lost wages, and has lost and will lose, the value of that time as aforementioned. Further, Plaintiff, DENISE THOMAS, suffered great pain and anguish, both in mind and body, and will in the future, continue to suffer. Plaintiff further expended and became liable for large sums of

money for medical care and services while endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, DENISE THOMAS, demands judgment against the Defendant, GREYHOUND LINES, INC., a/k/a TRANSPORTATION LEASING CO, "GREYHOUND", individually in a sum greater than $50,000.00 (Fifty Thousand Dollars) plus costs of this suit and any other relief this court deems fair and just.

### COUNT II – DENISE THOMAS v. DANIEL K. MALONE

23. Plaintiff, DENISE THOMAS adopts and re-alleges paragraphs 1-18 as fully set forth herein.

24. At all times material to this matter, Defendant, DANIEL K. MALONE, acting as an agent, employee, and/or servant, was under a duty to operate his bus in a safe and reasonable manner consistent with traffic laws for the State of Indiana.

25. At the time and place aforesaid, Defendant, DANIEL K. MALONE, acting as an agent, employee, an/or servant, breached his duty in one or more of the following ways:

    a. Carelessly and negligently operated, managed, maintained, and controlled said motor vehicle by failing to yield the right of way;

    b. Careless and negligently operated the motor vehicle at a rate of speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which was greater than the applicable speed limit established in violation of the revised Statutes of the State of Illinois

    c. Carelessly and negligently failed to equip the motor vehicle with proper brakes, although such a device was necessary to insure the safe operation of the vehicle;

    d. Carelessly and negligently failed to give proper warning of the approach of said vehicle, although such warnings were necessary to ensure the safe operation of the vehicle;

    e. Carelessly and negligently failed to keep a proper lookout and to stop or alter the course of the motor vehicle to avoid striking the Plaintiff;

f. Carelessly and negligently failed to reduce speed;

g. Carelessly and negligently failed to apply the breaks in a sufficient amount of time.

h. Carelessly and negligently failed to avoid a collision;

i. Carelessly and negligently followed another vehicle too closely;

j. Was otherwise careless and negligent.

26. As a direct and proximate result of one or more the Defendant's negligent acts or omissions, the Plaintiff, DENISE THOMAS, then and there sustained severe and permanent injuries, was and will be hindered and prevented from attending to his usual duties and affairs of life, has lost wages, and has lost and will lose, the value of that time as aforementioned. Further, Plaintiff, DENISE THOMAS, suffered great pain and anguish, both in mind and body, and will in the future, continue to suffer. Plaintiff further expended and became liable for large sums of money for medical care and services while endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, DENISE THOMAS, demands judgment against the Defendant, DANIEL K. MALONE, individually in a sum greater than $50,000.00 (Fifty Thousand Dollars) plus costs of this suit and any other relief this court deems fair and just.

Respectfully Submitted:

By: _____
Plaintiff's Attorney

340

ROBERT A. LANGENDORF, P.C.
134 N. LaSalle Street – Suite 1515
Chicago, Illinois 60602
Tel.: (312) 782-5933
Atty. No.: 26017
robert@langendorfpc.com

FILED DATE: 7/19/2019 11:40 AM   2019L007961

341