Denise Thomas
                                    Plaintiff,

v.                                                  Case No.: 1:19–cv–05742
                                                    Honorable Ronald A. Guzman

Greyhound Lines, Inc., et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 28, 2019:

      MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's agreed motion to dismiss pursuant to settlement [7] is granted. This case is dismissed with prejudice. All pending motions and schedules in this case are stricken. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.